1539

FILED

MAR 16 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-50 |
| v. | (18 U.S.C. § 1709) |
| ADAM GALLAGHER | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about October 19, 2022, in the Western District of Pennsylvania, the defendant, ADAM GALLAGHER, being an employee of the United States Postal Service, did steal, abstract, and remove from three separate letters, packages, bags, or mail, which had been entrusted to him and had come into his possession intended to be conveyed by mail, an article or thing contained therein, that is United States currency contained in envelopes addressed to individuals in Cranberry, Pennsylvania and New Brighton, Pennsylvania.

In violation of Title 18, United States Code, Section 1709.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
GREGORY C. MELUCCI
Assistant United States Attorney
PA ID No. 56777

1