CRIMINAL CASE INFORMATION SHEET 2:23-cr-50

Pittsburgh __X__ Erie ____ Johnstown ____

Related to No. ______ Judge ______
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. __X__ All Others

Defendant's name: ADAM GALLAGHER

Is indictment waived: ____ Yes __X__ No

Pretrial Diversion: ____ Yes __X__ No

Juvenile proceeding: ____ Yes __X__ No

Defendant is: __X__ Male ____ Female

Superseding indictment or information ____ Yes __X__ No

Previous case number: ______

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Butler County

Previous proceedings before Magistrate Judge: ______

Case No.: ______

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | ______ | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | ______ | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | ______ | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | ADAM GALLAGHER | |

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1709 | Theft of mail matter by officer or employee | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: March 16, 2023

*s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 53677