FILED

MAR 16 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ADAM GALLAGHER

Criminal No. 2:23-cr-50

REQUEST FOR SUMMONS

To: Clerk of Court
United States District Court
Western District of Pennsylvania

Please issue a Summons instead of an Arrest Warrant for defendant ADAM GALLAGHER, in accordance with Rule 9 of the Federal Rules of Criminal Procedure.

It is suggested that defendant ADAM GALLAGHER, be summoned to appear before the Court for arraignment, to post bond and file an appearance of counsel.

It is further suggested that bond be set at $10,000 unsecured.

Offense charged in the Indictment is: theft of mail matter by officer or employee, in violation of Title 18, United States Code, Section 1709.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: *s/Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 53677

Dated: March 16, 2023