**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**CLERK OF COURT**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 2:23−cr−00050−DSC
Judge David S. Cercone
ADAM GALLAGHER
Defendant.

---

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF ARRAIGNMENT as to *ADAM GALLAGHER*. Arraignment set for 4/5/2023 at 10:00 AM in Video Conference before Magistrate Judge Patricia L. Dodge. (dmh)

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

March 16, 2023

s/ Brandy S. Lonchena, Clerk
s/ Deborah M Hamilton, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.