IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ADAM GALLAGHER

Criminal No. 2:23-cr-50

ARRAIGNMENT PLEA

Defendant ADAM GALLAGHER

being arraigned, pleads Not Guilty

in open Court this 5th day of

April, 2023

(Defendant's Signature)

(Attorney for Defendant)